United States District Court
Southern District of Texas
**ENTERED**
July 02, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **IRMA GRACIELA ESTRADA-TELLEZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00995** |
| | § | |
| **WARDEN, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Pending before the Court is Petitioner Irma Graciela Estrada-Tellez's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), challenging the lawfulness of her detention by Immigration and Customs Enforcement (ICE) officials with the Department of Homeland Security (DHS).

Petitioner raises five separate claims all related to the conditions of her confinement. (Dkt. 1 at 7–8.) Respondents submitted a Response and Motion to Dismiss for Failure to State a Claim on June 10, 2026, arguing that Petitioner's conditions claims are foreclosed by Fifth Circuit precedent and arguing that "Petitioner does not claim that her detention under 8 U.S.C. § 1225(b)(2) violates the Fifth Amendment." (Dkt. 9 at 3.) Petitioner then submitted a reply in which she reiterated her conditions claims and also stated that "in the alternative, and without waiving the conditions-based claim that is the principal basis of this Petition, Petitioner notes that to the extent her continued, prolonged detention – now extending more than four months without any individualized bond hearing – is considered together with the conditions described herein, the cumulative effect raises an independent due process concern under *Mathews v. Eldridge*, 525 U.S. 319, 335 (1976) and *Demore v. Kim*, 538 U.S. 510, 531 (2003)." However, Petitioner failed to

raise a Fifth Amendment due process claim based on the lack of an individualized determination of the need for detention in her initial Petition. (*See generally* Dkt. 1.) Should Petitioner wish to raise such a claim, **she must file an Amended Petition including the claim on or before August 1, 2026**. Should Petitioner file an Amended Petition, Respondents are **ORDERED** to file a response to the Amended Petition within five days of the filing of the Amended Petition.

The Clerk is **DIRECTED** to mail a copy of this order to Petitioner via any receipted means at:

**Irma Graciela Estrada Tellez**
**A# 221224270**
**Laredo Detention Center**
**4702 East Saunders St.**
**Laredo, TX 78401**

IT IS SO ORDERED.

SIGNED this July 1, 2026.

Diana Saldaña
United States District Judge